**Central Violations Bureau**
**MAG1 Payments Received Control Report**

Date Jul 23, 2013

| Citation | Name | Amount | | Type | Hearing Date | |
|---|---|---|---|---|---|---|
| GM40 R3008934 | JOHNSON, OTHA D | 125.00 | LB | FC | 07/15/2013 | O |
| GM40 R3008983 | NOVINSKI, BRIGETTE T | 125.00 | LB | FC | 07/15/2013 | O |
| GM40 3897048 | JACKSON, ROBERT J | 125.00 | LB | FC | 04/15/2013 | O |

Total for GAMI: 375.00
Total Payments for GAMI: 3

| Page 2 of 2 | Central Violations Bureau<br>MAG1 Payments Received Control Report | | | Date Jul 23, 2013 |
|---|---|---|---|---|
| **Citation** | **Name** | **Amount** | **Type** | **Hearing Date** |
| | Grand Total:<br>Grand Total Payments: | 375.00<br>3 | | |